[No. 13845–6–I. Division One. August 25, 1986.]

ROY M. MATTOX, ET AL, *Appellants*, v. OVERLAKE
OBSTETRICIANS AND GYNECOLOGISTS,
CHARTERED, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–00975–0, Terrence A. Carroll, J., entered

September 14, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Johnsen, J. Pro Tem.